**Jerry Wayne STELL, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 1156–83.

Court of Criminal Appeals of Texas, En Banc.

Sept. 26, 1984.

Appeal from 248th District Court, Harris County; Henry K. Oneken, Judge.

Prior report: Tex.App., 662 S.W.2d 96. Before the court en banc.

On state's petition for discretionary review: dismissed as improvidently granted.

---

**Daniel Marroquin RUIZ, Appellant,**

v.

**STATE of Texas.**

No. 0075–84.

Court of Criminal Appeals of Texas, En Banc.

March 26, 1986.

Appeal from 103rd District Court, Cameron County; George W. Storter, Judge.

Prior report: Tex.App., 660 S.W.2d 633. Before the court en banc.

On state's petition for discretionary review: judgment of the Court of Appeals reversed; cause remanded to the Court of Appeals.

ONION, P.J., and TEAGUE, J., dissent.

W.C. DAVIS and WHITE, JJ., not participating.

---

**Eva Barrett LOTT, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 0592–85.

Court of Criminal Appeals of Texas.

Nov. 19, 1986.

Appeal from 178th District Court, Harris County; Dan E. Walton, J.

Prior report: Tex.App., 686 S.W.2d 304 (1985).

On appellant's petition for discretionary review: judgment of the Court of Appeals affirmed.

CLINTON, TEAGUE and MILLER, JJ., dissent.